January 15, 2010

Mr. William Brent Shellhorse
Whitaker Chalk Swindle & Sawyer, L.L.P.
301 Commerce Street, Suite 3500
Fort Worth, TX 76102-4186

Mr. S. Clinton Nix
Bradbury & Nix
P. O. Box 59
Abilene, TX 79604
Mr. Bennett Brantley Aufill
Attorney at Law
58 West Elm
P.O. Box 731
Hillsboro, TX 76645

RE: Case Number: 08-0644
 Court of Appeals Number: 10-07-00006-CV
 Trial Court Number: 43,916

Style: JOHNNY CARROLL, INDIVIDUALLY AND AS TRUSTEE OF THE JOHNNY
 CARROLL TRUST
 v.
 LETHA FRANCES CARROLL AND DONALD CARROLL

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and judgment in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharri |
| |Roessler |
| |Ms. Charlotte |
| |Barr |